NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LESTER K. CAMPBELL,    )
                        )
        Appellant,       )
                        )
v.                      )    Case No. 2D18-3198
                        )
STATE OF FLORIDA,       )
                        )
        Appellee.        )
_____ )

Opinion filed September 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Charles Sniffen,
Judge.

Lester K. Campbell, pro se.

PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and SALARIO, JJ., Concur.